UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00050-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CARLOS SIERRA ZUNIGA-ARRAZOLA,
    a/k/a Miguel Perea-Gonzales
    a/k/a Carlos Sierra,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, March 16, 2007,** and responses to these motions shall be filed by **Monday, March 26, 2007.**  It is

    FURTHER ORDERED that counsel will notify the Court if a hearing on pending motions is necessary.  It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, April 16, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: February 13, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge