UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00050-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CARLOS SIERRA ZUNIGA-ARRAZOLA,
      a/k/a Miguel Perea-Gonzales
      a/k/a Carlos Sierra,

      Defendant.

_____

**ORDER**
_____

As set forth on the record at the status conference that took place Wednesday,

May 30, 2007, at 1:30 p.m., and to ensure that all pre-trial phase of this case is

complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed on or before **Friday, June 8,**

**2007** and responses to these motions shall be filed on or before **Monday, June 18,**

**2007**.  It is

FURTHER ORDERED that a status conference and hearing on all pending

motions, is set for **Thursday, June 28, 2007 at 8:30 a.m.**

Dated:  June 1, 2007

BY THE COURT:
s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge